# United States Bankruptcy Court
## District of Nevada

**Case No. <u>06–12217–lbr</u>**

**Chapter 13**

In re: (Name of Debtor)

| | |
|---|---|
| GORDON M. MCKENZIE | ROSARIO E. MCKENZIE |
| 3122 E. FLAMINGO ROAD #107 | 3122 E. FLAMINGO ROAD #107 |
| LAS VEGAS, NV 89121 | LAS VEGAS, NV 89121 |

Social Security No.:

xxx–xx–8486                                               xxx–xx–5626


# FINAL DECREE


The estate of the above named debtor(s) has been fully administered.


IT IS ORDERED THAT KATHLEEN A. LEAVITT is discharged as trustee of the estate of the above named debtor(s).


The Chapter 13 case of the above named debtor(s) is closed.


Dated: 1/15/10                                             BY THE COURT

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of the Bankruptcy Court